IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAMION KENTRELL WHITE, ID # 47819-177, Movant, | ) ) ) ) |
| vs. | ) No. 3:18-CV-2561-N-BH ) No. 3:14-CR-78-N(2) ) |
| UNITED STATES OF AMERICA, Respondent. | ) ) ) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the movant's letter request to expedite review of his case, received on December 10, 2020 (doc. 22), is **DENIED AS MOOT**.

SIGNED this 29th day of April, 2021.

_____
**UNITED STATES DISTRICT JUDGE**